**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANTHONY RIQUELMER ESTRADA,<br>*Petitioner*,<br>v.<br>TODD BLANCHE, *et al.*,<br>*Respondents.* | HON. ESTHER SALAS<br>*Civil Action No.* 26-8059 (ES) |

**ORDER**

WHEREAS, Petitioner Anthony Riquelmer Estrada brought this habeas action under 28 U.S.C. § 2241 on July 1, 2026, challenging his detention by U.S. Immigration and Customs Enforcement, and seeking an order from this Court requiring, among other things, that he be released from custody; and

WHEREAS, Petitioner filed this habeas petition in the U.S. District Court for the District of New Jersey while he was located at the Alexandria Staging Facility in Alexandria, Louisiana; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the Western District of Louisiana under 28 U.S.C. § 1631; therefore

**IT IS HEREBY ORDERED** that this action is **TRANSFERRED** to the U.S. District Court for the Western District of Louisiana. The Court's restrictions prohibiting Respondents from transferring Petitioner outside of New Jersey, (D.E. Nos. 2 and 3), are hereby lifted.

Dated: July 5, 2026

HON. ESTHER SALAS, U.S.D.J.
UNITED STATES DISTRICT JUDGE